**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-01183-STV

**PILOT, INC., a California Corporation,**

    Plaintiff,

v.

**WINPLUS NORTH AMERICA, INC., a California Corporation,**

    Defendant.

---

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

---

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Pilot, Inc. ("Pilot") through counsel, BRADFORD, LTD, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendant WinPlus North America, Inc ("WinPlus"). As WinPlus has not appeared and based on the recent Supreme Court ruling in TC Heartland LLC v. Kraft Foods Grp. Brands LLC, 197 L.Ed.2d 816 (U.S. 2017), which was issued after this matter was filed, the matter will be refiled in the United States District Court for the Central District of California.

Dated: June 7, 2017

                                              Respectfully submitted,

                                              BRADFORD, LTD

                                              /s/ Andrea M. LaFrance
                                              Aaron P. Bradford, #31115
                                              Andrea M. LaFrance, #50222
                                              BRADFORD, LTD
                                              2701 Lawrence Street, Suite 104
                                              Denver, CO 80205

2

(303) 325-3946
Andrea@APB-Law.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify on this 7th day of June, 2017, I served the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE,** via emailed to the following:

Perry J. Viscounty, Esq.
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92628-1925
Tel: (714) 540-1235
Fax: (714) 755-8290
Perry.Viscounty@LW.com

/s/ Andrea M. LaFrance